AUSA:      Barbara Lanning          Telephone: (313) 226-9100
Special Agent:      Kara Klupacs          Telephone: (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America | |
| v. | Case No.  2:25-mj-30538 |
| Dearius Vinson | Judge: Unassigned,<br>Filed: 08-22-2025 At 11:13 AM<br>CMP USA V. VINSON (DA) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 21, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possesion of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kara Klupacs, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 22, 2025__

_____
*Judge's signature*

City and state: __Detroit, MI__

Elizabeth A. Stafford
XXXXXXXXXXXXX, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Kara Klupacs, being duly sworn, depose and state the following:

## I.   INTRODUCTION

1.    I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.  Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2.    I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information

2

known to law enforcement related to this investigation.

3.    The ATF is currently conducting a criminal investigation concerning Dearius VINSON (DOB: XX/XX/2004), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) on August 21, 2025.

## II.    PROBABLE CAUSE

5.    I reviewed records related to VINSON'S criminal history and learned the following:

a.    On or about May 27, 2021, VINSON was arrested and later charged with one (1) count of Felony Weapons-Carrying Concealed.  Later, on or about August 9, 2021, VINSON pled guilty to felony weapons-carrying concealed in the Michigan 3rd Circuit Court. VINSON was sentenced to a term of probation under the Holmes Youthful Trainee Act. However, VINSON violated his probation, and on September 1, 2022, his HYTA status was revoked and he was sentenced to a term of imprisonment in the Wayne County Jail.

b.    On or about December 2, 2022, VINSON was arrested and charged with receiving and concealing stolen property-motor vehicle, assaulting/resisting police, and felony weapons offenses. On or about April 6, 2023, VINSON pleaded guilty to one count of carrying a concealed weapon. He was later sentenced to one year incarceration in

the Wayne County Jail, followed by three years' probation.

    c. On or about February 8, 2023, VINSON was arrested and later charged with the unlawful driving away of an automobile. On or about August 22, 2023, VINSON pleaded guilty to attempt-felony motor vehicle-unlawful driving away and conspiracy-felony-motor vehicle- unlawful driving away in the Michigan 16th Circuit Court for Macomb County.

    d. On or about March 27, 2023, VINSON was arrested for a felony weapons offense. Later, VINSON was charged with one count of felon in possession of a firearm and carrying a concealed weapon. On or about August 23, 2023, VINSON pleaded guilty to both felony counts in the Michigan 16th Circuit Court for Macomb County.

6.    Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the number of VINSON convictions, the time he has spent incarcerated or under supervision as a result of those convictions, and the fact that VINSON has previously been charged with the offense of felon in possession of a firearm, there is probable cause to believe that VINSON is aware of his status as a convicted felon. Furthermore, VINSON is currently on probation with the Michigan Department of Corrections (MDOC), and would have been made aware of his prohibited status regarding firearms.

4

## II.   PROBABLE CAUSE

7.      On August 21, 2025, members of the Detroit Police Department, with the assistance of agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), executed a search warrant at a residence on Grayton Avenue in Detroit, Michigan.  Upon entry into the residence officers observed a male (later identified as VINSON) step out into the hallway from the northwest bedroom on the main floor.  Officers ordered VINSON to walk towards them, VINSON initially began to walk towards police, but then immediately ran back into the northwest bedroom closing the door.

8.      Officers pursued VINSON into the bedroom and initially observed him standing next to the bed facing the door.  Officers heard a loud noise of an item dropping to the ground near VINSON's feet, which was observed to be a firearm with an extended magazine.  VINSON again fled from officers running out the back door to the backyard.  VINSON was tased by officers and subsequently detained.

9.      Officers observed a Glock model 29, Gen4 10mm caliber pistol on the floor where VINSON had been standing.  Officers further observed the base plate to the magazine inserted into the firearm had broken off and 10mm caliber ammunition was scattered on the floor.  Law enforcement secured the firearm, which had a round loaded in the chamber.  Officers also observed the Glock model 29 Gen4 was affixed with a suspected machinegun conversion device (MCD).

10.     Law enforcement encountered three additional individuals inside the

residence. However, none of them were in the northwest bedroom with VINSON. Once the residence was secured, law enforcement searched the residence and located the following items:

     a. Twenty-five (25) rounds of 10mm caliber ammunition recovered from the floor of the northwest bedroom (including one round recovered from the chamber of the Glock model 29).

     b. One (1) box of Blazer .380 caliber ammunition containing thirty-nine (39) rounds of .380 caliber ammunition located in the dining room.

     c. A Michigan State ID that was ripped in half, later identified as belonging to VINSON, located in the northwest bedroom.

11.    ATF Agents queried the firearm in LEIN and learned that the firearm had been stolen out of Detroit in February 2024.

12.    Additionally, I sent a photo of the suspected MCD affixed to the Glock model 29 Gen 4 to ATF Special Agent Kenton Weston.  In addition to basic ATF training, Special Agent Weston is a graduate of a specialized course on privately made firearms ("PMF") and machinegun conversion devices ("MCD").  Special Agent Weston has provided instruction to DPD officers, ATF Special Agents, sheriff deputies, state troopers, and Task Force officers on the identification of PMFs and MCDs.  Special Agent Weston has experience in the investigation, seizure, and examination of dozens of PMFs and MCDs.  After viewing the image,

Special Agent Weston confirmed that the device affixed to the Glock model 29 Gen4 in the provided image appeared to be a machinegun conversion device (MCD).

13.    I am an ATF Interstate Nexus Expert and concluded that the recovered firearm was manufactured outside the State of Michigan, and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

### III.    CONCLUSION

14.    Probable cause exists to believe that on August 21, 2025, Dearius VINSON knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g)(1). This violation occurred within the Eastern District of Michigan.

Respectfully submitted,

_____
Kara Klupacs, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
XXXXXXXXXXXXXXXXXX    Elizabeth A. Stafford
United States Magistrate Judge

Dated:

7